

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 22, 2013

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DICKIE EARL WADE, JR. | § | CASE NO. 13-10187-RLJ-13 |
| | § | |
| | § | |
| DEBTOR(S) | § | |

**AGREED ORDER ON OBJECTION OF
FORD MOTOR CREDIT COMPANY LLC
TO DEBTOR'S CHAPTER 13 PLAN**

Came on for consideration the Objection of Ford Motor Credit Company LLC ("FMCC") to the Chapter 13 Plan filed by Dickie Earl Wade, Jr. ("Debtor") wherein FMCC objected to the value of a 2011 Ford F150, Vehicle Identification No. 1FTFW1E64BFC64897 (the "Vehicle"). The Debtor and FMCC have reached an agreement concerning the Objection. Specifically, the parties agree as follows:

1. FMCC has a proof of claim on file in the amount of $40,858.47.

2. FMCC's claim is fully secured in the amount of $40,858.47.

3. The value of the Vehicle for purposes of any Chapter 13 Plan shall not be less than FMCC's secured claim in the amount of $40,858.47. Such secured claim shall accrue interest at the rate of 5.25% per annum and paid over a period of not more than 60 months in equal monthly installments.

4. The Debtor's Chapter 13 Plan shall provide for treatment of FMCC's claim that is consistent with the terms of this Agreed Order.

The Court, having considered the agreement of the parties, is of the opinion that same should be approved. It is, therefore,

**ORDERED** that the agreement of the parties as set forth in this Agreed Order be, and is hereby, approved and is enforceable in accordance with its terms.

**APPROVED AND AGREED TO:**

/s/ Mark W. Harmon
_____
Mark W. Harmon, Attorney for
Ford Motor Credit Company LLC

/s/ Pamela Jean Chaney
_____
Pamela Jean Chaney, Attorney for Debtor

**NO OPPOSITION:**

/s/Marc McBeath
_____
Walter O'Cheskey, Chapter 13 Trustee

### End of Order ###

**PREPARED BY:**
Mark W. Harmon
State Bar No. 09020840
BOERNER, DENNIS & FRANKLIN, PLLC
P. O. Box 1738
Lubbock, Texas 79408
Telephone (806) 763-0044
Telecopier (806) 763-2084
ATTORNEYS FOR FORD MOTOR CREDIT COMPANY LLC